No. 315. LAQUE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *I. Duke Avnet* for petitioner. *C. Ferdinand Sybert,* Attorney General of Maryland, and *Norman P. Ramsey,* Deputy Attorney General, for respondent.

No. 317. ESTEP *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert H. Hughes* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 318. DEHARDIT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Richard L. Williams* and *David Nelson Sutton* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 236. REYNOLDS *v.* TEXAS. Court of Criminal Appeals of Texas. Motion to strike petition denied. Certiorari denied. *Charles W. Tessmer* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *John A. Wild,* Assistant Attorney General, for respondent.

No. 273. AMERICAN-HAWAIIAN STEAMSHIP Co. *v.* UNITED STATES; and

No. 361. UNITED STATES *v.* AMERICAN-HAWAIIAN STEAMSHIP Co. Court of Claims. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications. *Clement C. Rinehart* for the American-Hawaiian Steamship Co. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.